EAST BATON ROUGE PARISH
Filed May 30, 2024 9:41 AM
Deputy Clerk of Court
E-File Received May 30, 2024 8:55 AM

C-748858
23

**19ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

NO.:                                                              DIVISION: " "

**HOUGHTALING LAW FIRM, LLC**

**vs.**

**WELLS FARGO BANK, NA**

FILED: _____        _____
                                                                  **DEPUTY CLERK**

## PETITION FOR DECLARATORY JUDGMENT AND DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, HOUGHTALING

LAW FIRM, LLC, who, in support of its *Petition for Declaratory Judgment and Damages*, avers

the following:

1.

The Petitioner is Houghtaling Law Firm, LLC, a Louisiana limited liability company

domiciled in the Parish of Jefferson, State of Louisiana.

2.

Made Defendant herein is WELLS FARGO BANK, NA, a foreign corporation authorized

to do and doing business within the State of Louisiana.

3.

This Court, as a court of general jurisdiction, has subject matter jurisdiction over this

action. The Court has personal jurisdiction over WELLS FARGO BANK, NA because it regularly

conducts business in the State of Louisiana.

4.

Venue is appropriate in this Court pursuant to Louisiana Code of Civil Procedure article

42 because WELLS FARGO BANK, NA's principal business establishment, as registered with

the Louisiana Secretary of State, is in East Baton Rouge Parish.

# EXHIBIT A

*alice Menace*

Certified True and
Correct Copy                            East Baton Rouge Parish                    Generated Date:
CertID: 2024060300670                   Deputy Clerk Of Court                      6/3/2024 1:28 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

5.

WELLS FARGO BANK, NA is justly and truly indebted to the Petitioner herein for damages reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, and for costs in the proceedings, for following, to wit:

6.

Evan and Trace Hayes own a home located at 3417 Camp Street, New Orleans, LA 70115. At all times relevant to this proceeding, The Hayes' mortgage was, and still is, serviced by WELLS FARGO BANK, NA.

7.

After their home was damaged by Hurricanes Ida, the Hayes retained Petitioner to represent them against their homeowner's insurer, Lexington Insurance Company. The retainer agreement executed by Petitioner and Hayes provided that Petitioner would be paid a contingency fee plus reimbursement of costs should the representation result in payment from Lexington Insurance Company. Through Petitioner's efforts, a settlement was reached with Lexington Insurance Company, and a settlement check was issued payable to "Hayes, Evan and Hayes, Trace and Wells Fargo Bank N.A. and Hancock Whitney Bank."

8.

WELLS FARGO BANK, NA did not play any role in obtaining the settlement funds on behalf of Mr. or Mrs. Hayes.

9.

After receiving the settlement check, Petitioner and the Hayes endorsed the settlement check and presented it to WELLS FARGO BANK, NA which then deposited the settlement check and is in possession of the settlement funds.

10.

Pursuant to La. R.S. 37:218 and La. R.S. 9:5001, Petitioner has a "special privilege" for its attorney's fees and costs that takes "rank as a first privilege thereon, superior to all other privileges and security interests under Chapter 9 of the Louisiana Commercial laws." An unbroken line of precedent holds that Petitioner's privilege for its fees and costs outranks all other rights to the


**Certified True and Correct Copy**
CertID: 2024060300670

*Alice Monroe*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/3/2024 1:28 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

settlement funds, including that of mortgagees like WELLS FARGO BANK, NA. *See, e.g.,* *Richards v. Louisiana Citizens Prop. Ins. Corp.*, 623 F.3d 241, 245-47 (5th Cir. 2010); *Irons v. U.S. Bank, Inc.*, 2007-0570 (La. App. 4 Cir. 8/14/07), 966 So.2d 646, 649-50.

11.

At the time Petitioner first sent the settlement check to WELLS FARGO BANK, NA and numerous times thereafter, Petitioner advised WELLS FARGO BANK, NA of its privilege and requested that WELLS FARGO BANK, NA send Petitioner its attorney's fees and costs due from the settlement check WELLS FARGO BANK, NA, even after being specifically advised of the above-reference statutes and case law, has continually refused to send Petitioner its fees and costs.

12.

Petitioner is entitled to a declaratory judgment holding that Petitioner's right to receive its attorney's fees and costs from the settlement funds outranks and is superior to any interest held by WELLS FARGO BANK, NA. Further, Petitioner is entitled to a judgment ordering WELLS FARGO BANK, NA to immediately remit to Petitioner the attorney's fees and costs due to Petitioner from the settlement check. Finally, WELLS FARGO BANK, NA's continued refusal to remit the attorney's fees and costs to Petitioner in violation of the law amounts to a conversion of the funds, and WELLS FARGO BANK, NA is liable to Petitioner for all damages caused by this conversion.

13.

WHEREFORE, Petitioner prays that the Defendant, WELLS FARGO BANK, NA be served with a copy of this Petition and be duly cited to appear and answer the same, and that after expiration of all legal delays and due proceedings, there be judgment rendered in favor of Petitioner and against Defendant:

a) Declaring that Petitioner's privilege for its attorney's fees and costs under La. R.S. 37:218 and La. R.S. 9:5001 outranks and is superior to any rights WELLS FARGO BANK, NA possesses in the settlement funds;

b) Directing WELLS FARGO BANK, NA to immediately pay to Petitioner the attorney's fees and costs due to Petitioner from the settlement check;


**Certified True and Correct Copy**
CertID: 2024060300670

*Alice Monaco*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/3/2024 1:28 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

c)  Awarding Petitioner all damages found due as a result of WELLS FARGO BANK, NA

   violation of Louisiana law and conversion of funds;

d)  Awarding Petitioner legal interest on all sums found due from the date of judicial demand

   until fully paid;

e)  Awarding Petitioner the attorney's fees, costs, and expenses incurred in this proceeding;

   and

f)  For all other general and equitable relief.

                                        Respectfully submitted,

                                        HUBER THOMAS, LLP

                                        STEPHEN M. HUBER, BAR NO. 24463
                                        LOGAN E. SCHONEKAS, BAR NO. 35309
                                        CHRISTOPHER T. WHELEN, BAR NO. 36079
                                        1100 Poydras Street, Suite 2200
                                        New Orleans, LA 70163
                                        Telephone:    (504) 274-2500
                                        Facsimile:    (504) 910-0838
                                        ATTORNEYS FOR PLAINTIFF
                                        Stephen@huberthomaslaw.com
                                        Logan@huberthomaslaw.com
                                        Christopher@huberthomaslaw.com

**PLEASE SERVE:**

WELLS FARGO BANK, NA
*Through its Registered Agent for Service:*
Corporation Service Company
450 Laurel Street, 8th Floor
Baton Rouge, LA 70801



**Certified True and
Correct Copy**
CertID: 2024060300670

*Alice Monaci*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/3/2024 1:28 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
C-748858
Filed May 30, 2024 9:13 AM
Deputy Clerk of Court
E-File Received May 30, 2024 8:55 AM

Case 3:24-cv-00563-SDD-RLB    Document 1-1    07/11/24    Page 5 of 13

# LOUISIANA CIVIL CASE REPORTING
## Civil Case Cover Sheet - LA. R.S. 13:4688 and
## Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

HOUGHTALING LAW FIRM        **vs.**    WELLS FARGO BANK, NA

**Court:** 19th JDC               **Docket Number:** _____

**Parish of Filing:** East Baton Rouge    **Filing Date:** May 30, 2024

**Name of Lead Petitioner's Attorney:** STEPHEN M. HUBER

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1        **Number of named defendants:** 1

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

- ☐ Auto: Personal Injury
- ☐ Auto: Wrongful Death
- ☐ Asbestos: Property Damage
- ☐ Product Liability
- ☐ Intentional Bodily Injury
- ☐ Intentional Wrongful Death
- ☐ Business Tort
- ☐ Defamation
- ☐ Environmental Tort
- ☐ Intellectual Property
- ☐ Legal Malpractice
- ☐ Other Professional Malpractice
- ☐ Maritime
- ☐ Wrongful Death
- ☐ General Negligence

- ☐ Auto: Property Damage
- ☐ Auto: Uninsured Motorist
- ☐ Asbestos: Personal Injury/Death
- ☐ Premise Liability
- ☐ Intentional Property Damage
- ☐ Unfair Business Practice
- ☐ Fraud
- ☐ Professional Negligence
- ☐ Medical Malpractice
- ☐ Toxic Tort
- ☑ Other Tort (describe below)
- ☐ Redhibition
- ☐ Class action (nature of case)

_____

**Please briefly describe the nature of the litigation in one sentence of additional detail:**

Suit to recover attorneys fee and costs and damages for conversion of funds

_____

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name CHRISTOPHER T. WHELEN    Signature _____

Address 1100 Poydras St., Suite 2200, New Orleans, LA 70163

Phone number: 504-274-2500    E-mail address: Christopher@huberthomaslaw.com

# RETURN COPY



**D14338651**

## CITATION

**HOUGHTALING LAW FIRM**
(Plaintiff)

**VS**

**WELLS FARGO BANK, NA**
(Defendant)

**NUMBER C-748858 "23"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:  **WELLS FARGO BANK, NA**
   **THROUGH ITS REGISTERED AGENT FOR SERVICE:**
   **CORPORATION SERVICE COMPANY**
   **450 LAUREL STREET, 8TH FLOOR**
   **BATON ROUGE,  LA 70801**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
   1. **21 DAYS** of the date you were served with the petition; **OR**
   2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JUNE 3, 2024.**



*alice Monaco*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: WHELEN, CHRISTOPHER T.**
*The following documents are attached:

**PETITION FOR DECLARATORY JUDGMENT AND DAMAGES**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
**RETURNED:** Parish of East Baton Rouge, this ____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

*Handwritten/stamped overlay:* JUN 1 1 2024  Trula Brousseau  Deputy Sheriff  DY. B. GARAFOLA #0577  Parish of East Baton Rouge, Louisiana  Copy of this document  SERVICE COMPANY through the

**RECEIVED**

**JUN 1 0 2024**

**E.B.R. SHERIFF'S OFFICE**

EAST BATON ROUGE PARISH
Filed Jul 03, 2024 10:56 AM
Deputy Clerk of Court
E-File Received Jul 02, 2024 3:11 PM

C-748858
23

Case 3:24-cv-00562-SDD-RLB    Document 1-1    07/11/24   Page 7 of 13

**19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**CASE NO. C-748858 "23"**

**HOUGHTALING LAW FIRM, LLC**

**VERSUS**

**WELLS FARGO BANK NA**

**MOTION TO ENROLL AS COUNSEL OF RECORD**

NOW INTO COURT through undersigned counsel comes Defendant Wells Fargo Bank, NA, who moves this Court to allow Christopher D. Meyer to be enrolled as counsel of record for Defendant Wells Fargo Bank, NA in the above captioned litigation.

Respectfully submitted, this the 2nd day of July, 2024.

Respectfully submitted,

*/s/ Christopher D. Meyer*
Christopher D. Meyer (LA Bar #35917)
BURR & FORMAN LLP
190 East Capitol Street, Suite M-100
Jackson, Mississippi  39201
Telephone:  (601) 355-3434
Facsimile:  (601) 355-5150
cmeyer@burr.com
*Attorney for Plaintiff Wells Fargo Bank, NA*

54699939 v1

**19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**CASE NO. C-748858 "23"**

**HOUGHTALING LAW FIRM, LLC**

**VERSUS**

**WELLS FARGO BANK NA**

**<u>ORDER GRANTING MOTION TO ENROLL AS COUNSEL OF RECORD</u>**

Considering the foregoing Motion to Enroll as Counsel:

**IT IS ORDERED** that the name of Christopher D. Meyer be entered into the record of this Court as counsel of record for Defendant Wells Fargo Bank NA in the above entitled and captioned matter.

Baton Rouge, Louisiana, this _____ day of _____, 2024.


_____
HONORABLE KELLY BALFOUR

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 2nd day of July, 2024:

Stephen M. Huber
Logan E. Schonekas
Christopher T. Whelen
1100 Poydras Street, Suite 2200
New Orleans, LA  70163


*/s/ Christopher D. Meyer*_____
OF COUNSEL

EAST BATON ROUGE PARISH
Filed Jul 03, 2024 10:57 AM
Deputy Clerk of Court
E-File Received Jul 02, 2024 3:18 PM

C-748858
23

**19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

CASE NO. C-748858 "23"

**HOUGHTALING LAW FIRM, LLC**

**VERSUS**

**WELLS FARGO BANK NA**

<u>**DEFENDANT WELLS FARGO BANK NA'S  MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**</u>

Defendant Wells Fargo Bank NA ("Wells Fargo") files this *Motion for Extension of Time to Respond to Complaint* and respectfully moves this Court for an extension of time to respond to Houghtaling Law Firm, LLC's ("Plaintiff") Complaint, through and including July 16, 2024, without waiver of objections, stating as follows:

1.      On June 11, 2024, Plaintiff's Original Complaint was served on Wells Fargo requiring a response due from Wells Fargo by July 2, 2024.

2.      Undersigned is gathering the information necessary to respond to said Complaint. Accordingly, counsel requires additional time to respond.

3.      This Motion is filed in good faith, for good cause, and the requested relief is not sought for the purpose of delay.

4.      No party will be prejudiced by this Motion.

5.      Counsel certifies that there has been no previous extension of time to respond to Plaintiff's Complaint and the opposing party has not filed in the record an objection to an extension of time.

6.      Wells Fargo has not received notice of a trial setting.

**WHEREFORE,** Wells Fargo Bank NA respectfully requests that this Court grant it an extension, through and including July 16, 2024, within which to respond to Plaintiff's Original Complaint.

54696913 v1                                             1

Respectfully submitted, this the 2nd day of July, 2024.

Respectfully submitted,

/s/ Christopher D. Meyer
Christopher D. Meyer (LA Bar #35917)
*Attorney for Defendant Wells Fargo Bank NA*

**OF COUNSEL:**
BURR & FORMAN LLP
190 East Capitol Street, Suite M-100
Jackson, Mississippi  39201
Telephone:  (601) 355-3434
Facsimile:  (601) 355-5150
cmeyer@burr.com

**19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**CASE NO. C-748858 "23"**

**HOUGHTALING LAW FIRM, LLC**

**VERSUS**

**WELLS FARGO, NA**

**ORDER GRANTING DEFENDANT WELLS FARGO BANK NA'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

On Defendant Wells Fargo Bank NA's Motion:

It is ORDERED that:

The Unopposed Motion for Extension of Time to Respond to Complaint be and hereby is

GRANTED.

Wells Fargo Bank NA is hereby granted an extension, through and including July 16,

2024, within which to respond to Plaintiff's Original Complaint.

Baton Rouge, Louisiana, this **09** day of July, 2024.

_____

HONORABLE KELLY BALFOUR

**CERTIFICATE**

I hereby certify that a copy of the foregoing has been served on the following by directing

same to their office addresses through first-class, United States mail, postage prepaid, on this the

2nd day of July, 2024:

Stephen M. Huber
Logan E. Schonekas
Christopher T. Whelen
1100 Poydras Street, Suite 2200
New Orleans, LA  70163

*/s/ Christopher D. Meyer*
OF COUNSEL